UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Ranulfo Teran, et al.
                              Plaintiff,

v.                                              Case No.: 1:13–cv–06509
                                                Honorable Amy J. St. Eve

Village of Wheeling, Illinois
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 24,2013:

      MINUTE entry before Honorable Amy J. St. Eve: By agreement of the parties, hearing date for plaintiffs' motion for a temporary restraining order set for 9/25/13 is stricken. Plaintiffs' motion for a temporary restraining order [4] is denied as moot. Preliminary Injunction hearing set for 10/10/2013 at 09:30 AM.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.