IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ranulfo Teran, et al. | ) | |
|     Plaintiffs, | ) | |
| | ) | No.: 1:13-cv-06509 |
| v. | ) | |
| | ) | The Honorable |
| Village of Wheeling, | ) | Amy J. St. Eve |
|     Defendant. | ) | |

## WITNESS LIST

| | | |
|---|---|---|
| Esteban Barrera* | Homeowner, Unit 32 | |
| Javier Barrera* | Homeowner, Unit 43-A | |
| Leonardo Chan* | Homeowner, Unit 34 | |
| Lawrence Fischer | President | REIT |
| Lawrence Heath | | |
| Mark Janeck | Director of Community Development | Village of Wheeling |
| Juan Lara | Homeowner, Unit 2 | |
| Fernando J. Manrique* | Homeowner, Unit 39 | |
| Kenneth Nash | Homeowner, Unit 9 | |
| Terry Nelson | | Mobile Home Owners Association of Illinois |
| Gail Schechter | Executive Director | Open Communities |
| Elaine E. Simpson | Village Clerk | Village of Wheeling |
| Jon Sfondilis | Village Manager | Village of Wheeling |
| Rudolfo Teran* | Homeowner, Unit 1 | |

* Spanish-speaking